JENNER & BLOCK
GREGORY J. SCANDAGLIA, ESQ.
One IBM Plaza - Suite 4200
Chicago, Illinois 60611
(312) 222-9350

LUCE, FORWARD, HAMILTON & SCRIPPS LLP
JAMES E. FITZGERALD, ESQ. (State Bar No. 108785)
777 South Figueroa, Suite 3600
Los Angeles, California 90017
(213) 892-4992

Attorneys for Defendant, Ty Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC ANIMAL WHOLESALE SUPPLY, INC., a California corporation, dba DISCOUNT PET FOODS, <br><br> Plaintiff, <br> v. <br><br> TY INC., a Delaware corporation, AND DOES 1-100, INCLUSIVE, <br><br> Defendants. | Case No.: 98-8480 DDP (CTx) <br><br> STIPULATION AND ORDER RE REMAND |

WHEREAS, Plaintiff Pacific Animal Wholesale Supply, Inc. ("Plaintiff") filed a complaint against Defendant Ty, Inc. ("Defendant") in the Los Angeles Superior Court; and

WHEREAS, Defendant timely filed a notice of removal of the case to the federal district court for the Central District of California;

WHEREAS, Plaintiff filed a Motion to Remand the case to the state court on the grounds that the amount in controversy does not exceed the $74,900 jurisdictional minimum of this Court;

WHEREAS, Plaintiff agrees that the total damages it claims and the maximum damages it seeks against Defendants for any and all claims in this case (including but not

1

limited to any and all claims for treble damages, punitive damages, interests, special damages and attorneys fees and costs) do not in the aggregate exceed $74,900;

WHEREAS, in consideration of the agreement by Plaintiff that its damages do not exceed the $74,900 jurisdictional minimum of this Court and the maximum damages it can collect, Defendant has agreed to stipulate that this case can be remanded to the state court for all further proceedings on the merits;

WHEREFORE, and in consideration of the foregoing recitals and representations, the parties hereby stipulate by their respective counsel that this case may be remanded to the Los Angeles Superior court for further proceedings.

WALTER KRAUSS
LAW OFFICES OF WALTER KRAUSS

By _/s/ Walter Krauss_
Walter Krauss
Attorneys for Plaintiff
Pacific Animal Wholesale Supply, Inc.


GREGORY J. SCANDAGLIA
JENNER & BLOCK

JAMES E. FITZGERALD
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By _/s/ James E. Fitzgerald /RDK_
James E. Fitzgerald
Attorneys for Defendant TY, INC.

**THEREFORE, IT IS HEREBY ORDERED THAT:** SET FOR 12-14-98

1. Plaintiff's motion to remand is taken off calendar.

2. In consideration of the parties stipulation, this case is remanded to the Los Angeles Superior Court for all further proceedings.

Dated: _12-1_, 1998

_/s/ Don D. Pregerson_
UNITED STATES DISTRICT JUDGE

2